**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JOSEPH ZAPPIA, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>vs.<br><br>SLM CORPORATION a/k/a SALLIE MAE, JONATHAN W. WITTER, and PETER M. GRAHAM,<br><br>        Defendants. | Case No. 2:25-cv-18834-MCA-JBC<br><br>Hon. Madeline Cox Arleo<br>Magistrate Judge James B. Clark<br><br>_ _ _ _ _ , **ORDER GRANTING JOINT MOTION FOR STAY OF RESPONSE DEADLINES PENDING APPOINTMENT OF LEAD PLAINTIFF** |

Having reviewed the Joint Motion for Stay of Response Deadlines Pending Appointment of Lead Plaintiff, and good cause appearing therefore, it is hereby ordered:

1.    Staying all deadlines for Defendants to respond to the current Complaint.

2.    Within fourteen (14) days after entry of an order appointing lead plaintiff and lead counsel, lead plaintiff and Defendants shall meet and confer, and submit to the Court a proposed schedule for the filing of an amended complaint and response thereto.

HON. MADELINE COX ARLEO
U.S. DISTRICT COURT JUDGE
3/16/2026